ERIC GRANT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH E. COSTAMAGNA,<br><br>Defendant. | Case No. 1:26-po-00125-EGC<br><br>[Citation #E1527632 CA/83]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Eric Grant, United States Attorney, and Arelis M. Clemente, Assistant United States Attorney, hereby moves to dismiss Case No. 1:26-po-00125-EGC [Citation #E1527632 CA/83] against JOSEPH E. COSTAMAGNA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 7, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By:   /s/ *Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:26-po-00125-EGC [Citation #E1527632 CA/83] against JOSEPH E. COSTAMAGNA is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:    **July 7, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. CostaMagna
Case No. 1:26-po-00125-EGC